IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-1453 |
| | ) | Judge Trauger |
| $21,000.00 UNITED STATES CURRENCY, AND | ) | |
| 2012 FORD MUSTANG BOSS 302 BEARING | ) | |
| VIN # 1ZVBP8CU6C5221883 | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The Court has received from claimants' counsel a copy of a letter and three Verified Claims that were mailed by FedEx to the Court on February 5, 2014. The Clerk's office did receive and enter on the docket the letter and one Verified Claim by Rhonda Eslinger for the Mustang (Docket Entry Nos. 4 and 5). For an unknown reason, the Verified Claims for Rhonda Eslinger for the currency and for Jenny Decoteau for the currency are not found.

It is hereby **ORDERED** that the Clerk shall enter the Verified Claims for Rhonda Eslinger and Jenny Decoteau for the $21,000.00 United States currency on the docket effective February 6, 2014.

It is so **ORDERED**.

ENTER this 27th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge